

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-14-00843-CV

Style:      Raymond Espinosa

**v** Aaron's Rents, Inc., Aaron's Inc., Aaron's Sales & Lease Ownership, and Nicole Lee

Date motion filed*:      March 30, 2015

Type of motion:      Motion for Admission Pro Hac Vice of Dion Y. Kohler

Party filing motion:      Dion Y. Kohler and Appellees

Document to be filed:

Is appeal accelerated?      No

Ordered that motion is:

     ☑      Granted

           If document is to be filed, document due:

           ☐ The Court will not grant additional motions to extend time

     ☐      Denied

     ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

     ☐      Other: _____

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack

           ☒ Acting individually      ☐ Acting for the Court

Panel consists of **_____**

Date: April 2, 2015

November 7, 2008 Revision